IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41336
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DANIEL CASTRO-URENIA,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-99-CR-311-1
--------------------
August 22, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Daniel
Castro-Urenia has moved for leave to withdraw and has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
In response to counsel's motion to withdraw, Castro-Urenia has
filed a pro se supplemental brief in which he argues that his
attorney was ineffective for erroneously advising him that his
plea agreement with the Government would limit his imprisonment
term to 53 months.  The record has not been adequately developed
for us to consider Castro-Urenia's argument on direct appeal.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

See <u>United States v. Higdon</u>, 832 F.2d 312, 313-14 (5th Cir. 1987).  Our independent review of counsel's brief and the record discloses no nonfrivolous appellate issue.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.